1   Wendy M. Krincek
    Nevada Bar No. 6417
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, Nevada 89169.5937
4   Telephone:    702.862.8800
    Fax No.:        702.862.8811
5   wkrincek@littler.com

6   Attorneys for Defendant
    VALLEY HEALTH SYSTEM LLC
7

8                            UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
9

10  MATTHEW CHAVEZ, An Individual,              Case No. 2:23-cv-00521-MMD-EJY

11          Plaintiff,                          **STIPULATION TO EXTEND TIME
                                                FOR DEFENDANT TO FILE A
12  v.                                          RESPONSIVE PLEADING TO
                                                PLAINTIFF'S COMPLAINT**
13  VALLEY HEALTH SYSTEM, a dba of UHS
    of Delaware, Inc. a Foreign Corporation DOES  **[FIRST REQUEST]**
14  1-50, inclusive and ROE CORPORATIONS 1-
    50, inclusive,
15
            Defendants.
16

17          Plaintiff MATTHEW CHAVEZ ("Plaintiff") and Defendant VALLEY HEALTH

18  SYSTEM LLC[1] ("Defendant"), by and through their undersigned counsel, hereby stipulate to

19  extend the time for Defendant to file a response to the Complaint by two weeks from the current

20  deadline of July 5, 2023, up to and including **July 19, 2023.**

21          This extension is necessary to provide adequate time for defense counsel to investigate the

22  facts of this matter and to prepare a response to the Complaint.  In addition, the parties are in the

23  process of determining whether they will stipulate to arbitrate this matter or if Defendant will file

24  a motion seeking to compel arbitration.

25  / / /

26  / / /

27  / / /

28  _____
    [1] Defendant's proper name is Valley Health System LLC.

1      This is the first request for an extension of time to respond to the Complaint.  This request is

2    made in good faith and not for the purpose of delay.

3    RANDAZZA LEGAL GROUP, PLLC      LITTLER MENDELSON, P.C.

4

5    */s/ Jenny Foley, Ph.D., Esq.*         */s/ Wendy M. Krincek, Esq.*

6    Jenny Foley, Ph.D., Esq.              Wendy M. Krincek, Esq.

7    Attorney for Plaintiff               Attorney for Defendant
       MATTHEW CHAVEZ              VALLEY HEALTH SYSTEM LLC

8

9                             **IT IS SO ORDERED.**

10                         Dated:  June 29, 2023

11

12

13                         UNITED STATES MAGISTRATE JUDGE

14    4888-2247-6141.1 / 069080-1000

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800